PROB 35
(Reg 3/93)                                                              Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 5:10-CR-413-1H

TERRANCE DONNELL JOHNSON, JR.

On February 10, 2016, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender died on February 21, 2016, therefore, it is recommended that all proceedings in this case be terminated.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
Robert K. Britt
Supervising U.S. Probation Officer

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2539
Executed On: February 22, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 22nd day of February 2016.

Malcolm J. Howard
Senior U.S. District Judge